**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

SHAWN SKAGGS
#171165 PLAINTIFF

v. 4:26-cv-00705-JM

HEATHER KING, Captain,
White County Detention Center; *et al.* DEFENDANTS

**ORDER**

The time for Plaintiff to comply with the July 15, 2026 Order directing him to pay the filing fee in full or file a Motion to Proceed *In Forma Pauperis* has passed. (Doc. 5.)

IT IS, THEREFORE, ORDERED that the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of August 2026.

UNITED STATES DISTRICT JUDGE