**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

SHAWN SKAGGS
#171165 PLAINTIFF

v. 4:26-cv-00705-JM

HEATHER KING, Captain,
White County Detention Center; *et al.* DEFENDANTS

**JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 18th day of August 2026.

UNITED STATES DISTRICT JUDGE